### STATE ex HUNTINGTON NAT BANK v
### PUTNAM, Mayor etc.
Ohio Supreme Court

No 21663.  Decided June 12, 1929

Syllabus by MATTHIAS, J.

**MUNICIPAL CORPORATIONS—Actions (10 M2b)**

(360 B)  Where notes of a municipality have been duly issued and sold in anticipation of the levy of special assessments for the issuance of bonds, pursuant to the authority conferred by 3914 GC, the remedy of mandamus is available to the holder of such notes, where the municipal authorities have refused to levy such special assessment or to issue and sell bonds for the purpose of procuring funds to pay said notes and the interest thereon.

Marshall, CJ, Kinkade, Jones and Day, JJ, concur.

### BELL v HENRY
Ohio Supreme Court

No. 21548.  Decided June 12, 1929

Syllabus by JONES, J.

**DECEDENTS' ESTATES**

(220 W2)  An election, manifested by a written instrument, signed and acknowledged by a widow pursuant to the provisions of 10571 GC (111 O .L., 510), and entered upon the minutes of the Probate Court, is a valid election, if the provisions of the will and her rights under it and under the law in the event of her refusal to take under the will, have been fully explained to her prior to the making of such election.

Marshall, CJ, Kinkade, Robinson, Matthias and Day, JJ, concur.

### YONTZ et v McCUTCHIN
Ohio Supreme Court

No. 21584.  Decided June 12, 1929

Syllabus by DAY, J.

**AUTOMOBILES—Courts (180 Jj)**

(50 A2f)  Jurisdiction is not conferred on the Municipal Court of the City of Columbus by 6308 GC, in an action for damages for injury due to the negligent operation of a motor vehicle in Franklin County, Ohio, where defendants reside outside the city limits, by the sheriff of Franklin County leaving a summons at the residence of such defendants, all parties to such action being residents of Franklin County.

Marshall, CJ, Kinkade, Robinson, Jones, Matthias and Allen, JJ, concur.